UNITED STATES DISTRICT COURT
CENTRAL DISTRICT OF ILLINOIS

------------------------------------------------------------------ x
HAN LIN,

                                    Plaintiff,      Case No. 20-cv-03186 (SEM) (KLM)

            v.

JIAN YUN SHI
    d/b/a China Wok
    a/k/a Jenny Shi,
HONG ZHANG
    a/k/a Nick Zhang,
FANG FANG LI
    a/k/a Fangfang Li
    a/k/a Amy Li
    a/k/a Elaine Li,
CHINA WOK HILLSBORO INC
    d/b/a China Wok, and
XIN HUA LIN
    a/k/a Sin Lin
    a/k/a Sin H Lin,

                                    Defendants.
------------------------------------------------------------------ x

## DEFENDANTS' AMENDED EXHIBIT LIST

1. DEFS. 0001 - 0040 – **Han Lin's Bank Records** (Source: Plaintiff's Production);

2. DEFS. 0041 -- **The Agreement between and among Jian Yun Shi, Hong Zhang, and Fang Fang Li, dated July 1, 2018** (Source: Defendants' Amended Initial Disclosures);

3. DEFS. 0042 – 0045 -- **The relevant, non-privileged, non-confidential business records pertaining to the operation and management of the restaurant by Defendants, Hong Zhang and Fang Fang Li** (Source: Defendants' Amended Initial Disclosures);

4. DEFS. 0046-0047 – **Text messages (translated) with Han Lin** (Source: Defendants' Amended Initial Disclosures);

5. DEFS. 0048 – 0053 -- **The Form 1040 Schedule C Profit or Loss From Business filed by Defendant Jian Yun Shi in Tax Year 2018, 2019 and 2020** (Source: Defendants' Amended Initial Disclosures);

6. DEFS. 0054 – 0063 -- **Sales and Use Tax and E911 Surcharge Return filed by Defendants, Hong Zhang and Fang Fang Li, from August to December of 2020** (Source: Defendants' Amended Initial Disclosures);

7. DEFS. 0064 – 0163 -- **Jian Yun Shi's Tax Records attached to declaration of Jian Yun Shi** (Source: Defendants' Responses to Production Requests);

8. DEFS. 0164 -- **Illinois Certificate of Registration dated 05/10/2021** (Source: Defendants' Responses to Production Requests);

9. DEFS. 0165 -- **China Wok Credit Card Processing Statements 10/2018** (Source: Defendants' Responses to Production Requests);

10. DEFS. 0166 -- **Jian Yun Shi Bank Statement 11/2018** (Source: Defendants' Responses to Production Requests);

11. DEFS. 0167 -- **China Wok Credit Card Processing Statements 12/2018** (Source: Defendants' Responses to Production Requests);

12. DEFS. 0168 -- **China Wok Credit Card Processing Statements 01/2019** (Source: Defendants' Responses to Production Requests);

13. DEFS. 0169 -- **China Wok Credit Card Processing Statements 02/2019** (Source: Defendants' Responses to Production Requests);

14. DEFS. 0170 -- **China Wok Credit Card Processing Statements 03/2019** (Source: Defendants' Responses to Production Requests);

15. DEFS. 0171 -- **China Wok Credit Card Processing Statements 04/2019** (Source: Defendants' Responses to Production Requests);

16. DEFS. 0172 -- **China Wok Credit Card Processing Statements 05/2019** (Source: Defendants' Responses to Production Requests);

17. DEFS. 0173 -- **China Wok Credit Card Processing Statements 06/2019** (Source: Defendants' Responses to Production Requests);

18. DEFS. 0174 – 0175 -- **China Wok Credit Card Processing Statements 07/2019** (Source: Defendants' Responses to Production Requests);

19. DEFS. 0176 -- **China Wok Credit Card Processing Statements 08/2019** (Source: Defendants' Responses to Production Requests);

20. DEFS. 0177 -- **China Wok Credit Card Processing Statements 09/2019** (Source: Defendants' Responses to Production Requests);

21. DEFS. 0178 -- **China Wok Credit Card Processing Statements 10/2019** (Source: Defendants' Responses to Production Requests);

22. DEFS. 0179 -- **China Wok Credit Card Processing Statements 11/2019** (Source: Defendants' Responses to Production Requests);

23. DEFS. 0180 -- **China Wok Credit Card Processing Statements 12/2019** (Source: Defendants' Responses to Production Requests);

24. DEFS. 0181 -- **China Wok Credit Card Processing Statements 01/2020** (Source: Defendants' Responses to Production Requests).