IN THE UNITED STATES DISTRICT COURT
FOR THE CENTRAL DISTRICT OF ILLINOIS
SPRINGFIELD DIVISION

| | |
|---|---|
| HAN LIN, <br><br> Plaintiff, <br><br> v. <br><br> JIAN YUN SHI, <br>    d/b/a China Wok <br>    a/k/a Jenny Shi, <br> HONG ZHANG <br>    a/k/a Nick Zhang, <br> FANG FANG LI <br>    a/k/a Fangfang Li <br>    a/k/a Amy Li <br>    a/k/a Elaine Li, <br> CHINA WOK HILLSBORO INC <br>    d/b/a China Wok, and <br> XIN HUA LIN <br>    a/k/a Sin Lin <br>    a/k/a Sin H Lin, <br><br> Defendants. | FILED <br> MAY 2 3 2023 <br> CLERK OF THE COURT <br> U.S. DISTRICT COURT <br> CENTRAL DISTRICT OF ILLINOIS <br><br> Case No. 20-cv-03186 |

**STIPULATION FOR DISMISSAL**

IT IS HEREBY STIPULATED by and between the Plaintiff, Han Lin, and the Defendant Jian Yun Shi, that Plaintiff's claims against Defendant Jian Yun Shi shall be dismissed with prejudice, with each party to pay their own costs.

s/ John Ireland

John C. Ireland
Attorney for the Plaintiff
The Law Office of John C. Ireland
636 Spruce St.
South Elgin IL 60177
630-464-9675
Facsimile 630-206-0889
attorneyireland@gmail.com

s/ Aaron Schweitzer

Aaron B. Schweitzer
Attorney for the Plaintiff
Troy Law PLLC
Suite 110
41-25 Kissena Blvd
Flushing, NY 11355
718-762-1324
aaronschweitzer@troypllc.com

s/ James Berdelle

James J. Berdelle, Esq. #6185089
Attorney for Defendants Jian Yun Shi, Hong Zhang, and Fang Fang Li
James@dcklawfirm.com
DEMIDCHIK LAW FIRM
150 S. Wacker Dr., Suite 3000
Chicago, Illinois 60606
312-786-4777