Verdict Form-Plaintiff Han Lin's Claim for Unpaid Final Wages under the IWCPA

1. Do you find that Defendant Hong Zhang is an individual who was an employer that is individually liable under the IWPCA?

__X__                                            _____
YES                                              NO



FILED

MAY 2 3 2023

CLERK OF THE COURT
U.S. DISTRICT COURT
CENTRAL DISTRICT OF ILLINOIS

Each juror must sign below if his or her findings and verdict is accurately reflected above.

s/ Juror

s/ Juror

s/ Juror

s/ Juror

s/ Juror

s/ Juror

s/ Juror

s/ Juror

Foreperson: s/ Juror

Date: 5/23/2023

**Verdict Form-Plaintiff Han Lin's Claim for Overtime and Minimum Wages under the FLSA**

1.  Do you find that Plaintiff Han Lin has proven by a preponderance of the evidence that Defendants Hong Zhang and Fang Fang Li failed to pay his overtime and/or minimum wages in violation of the FLSA?

    _X_ Yes

    ___ No

If the Answer to Question 1 is Yes, please calculate the amount of overtime wages and minimum wages that you find Plaintiff Han Lin is owed by Defendants Hong Zhang and Fang Fang Li.

Amount of Overtime wages owed during Plaintiff's employment as a server: $4131.44

Amount of Minimum wages owed during Plaintiff's employment as a server: $7305.92

Amount of Overtime wages owed during Plaintiff's employment as a cook: $0

Each juror must sign below if his or her findings and verdict is accurately reflected above.

s/ Juror

s/ Juror

s/ Juror

s/ Juror

s/ Juror

s/ Juror

s/ Juror

s/ Juror

Foreperson: s/ Juror

Date: 5/23/2023

**2.**     Do you find that Defendant Fang Fang Li is an individual who was an employer that is individually liable under the IWPCA.

\_\_\_✓\_\_\_                                                          _____

**YES**                                                              **NO**

Each juror must sign below if his or her findings and verdict is accurately reflected above.

s/ Juror

s/ Juror

s/ Juror

s/ Juror

s/ Juror

s/ Juror

s/ Juror

s/ Juror

Foreperson  s/ Juror

Date: 5/23/2023

3.  Do you find that Plaintiff Han Lin has proven by a preponderance of the evidence that Defendants failed to pay his final compensation?

__X__ Yes

____ No

If the Answer is Yes, you must proceed to the next Question. If the Answer is No, you need not answer any more questions on this Form.

4.  Please calculate the amount of unpaid wages under the IWPCA that Plaintiff Han Lin should have received from Defendants.

Amount of Wages __14,560.24__

Each juror must sign below if his or her findings and verdict is accurately reflected above.

s/ Juror

s/ Juror

s/ Juror

s/ Juror

s/ Juror

s/ Juror

s/ Juror

s/ Juror

Foreperson: s/ Juror

Date: 5/23/2023